Karineh Khachatourian (SBN 202634)
Jeffrey Ratinoff (SBN 197241)
Buchanan, Ingersoll & Rooney, LLP
333 Twin Dolphin Drive, Suite #700
Redwood Shores, California 94065
Telephone:  (650) 622-2300
Facsimile:   (650) 622-2499

Attorneys for Defendants
CARDINAL COMMUNICATIONS, INC.

LODGED
CLERK, U.S. DISTRICT COURT
JAN 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

FILED
CLERK, US DISTRICT COURT
JAN 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JANTAQ, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL COMMUNICATIONS, INC., a corporation, DOES 1 through 20,<br><br>Defendants. | Case No. CV 06/2900 FMC (MANX)<br><br>WITHDRAWAL OF COUNSEL<br><br>BY FAX |

TO THE UNITED STATES DISTRICT COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that GORDON & REES, LLP, hereby withdraws as counsel of

DOCKETED ON CM
JAN 18 2007
005

24

1 record.

2 DATED: December 18, 2006          GORDON & REES, LLP

3

4                                    By: _____
                                         Dion Cominos
5

6

7 DATED: December 18, 2006          BUCHANAN, INGERSOLL & ROONEY, LLP

8
                                    By: _____
9                                       Karineh Khachatourian
                                        Attorneys for Defendant
10                                      CARDINAL COMMUNICATIONS, INC.

11

12

13

14                                  **ORDER**

15

16 IT IS SO ORDERED.

17
   Dated: Jan. 17, 2007
18
                                    _____
19
                                    UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418. On January 12, 2007, I served the within documents:

### WITHDRAWAL OF COUNSEL

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Redwood Shores, addressed as set forth below.

☐ By messenger, by placing said document(s) in an envelope addressed as shown below, and dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

Gary A. Starre                    Tel: (310) 820-3888
Starre, Cohn & Albaum             Fax: (310) 207-1377
12100 Wilshire Boulevard
Suite 700
Los Angeles, CA 90025-7199

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2007 at Redwood Shores, California.

*Kimberly D. Schultz*

PROOF OF SERVICE
Case No. CV 06-2900 FMC (MANX)