```
 1  Craig J. Stein (State Bar No. 98041)
    THE STEIN LAW FIRM
 2  11755 Wilshire Boulevard
    Suite 1230
 3  Los Angeles, California 90025
    Telephone:  (310) 479-0044
 4  Facsimile:  (310) 477-7663

 5  Kenneth R. Bennington, Pro Hac Vice
    BENNINGTON JOHNSON
 6  BIERMANN & CRAIGMILE, LLC
    3500 Republic Plaza, 370 Seventeenth Street
 7  Denver, CO 80202
    303-629-5200
 8  303-629-5718 (fax)

 9  Attorneys for Defendants
10  and Counter-claimant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE NICOLE, | CASE NO.: CV 06-2900 FMC (Manx) |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | |
| CARDINAL COMMUNICATIONS, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

The Parties, by and through their respective counsel, stipulate as follows:

1. Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, this action, in its entirety, including all claims and counterclaims, shall be dismissed with prejudice;

2. Each party to this action shall bear its own costs and attorneys' fees;

**IT IS SO STIPULATED.**

DATED: July 14 2008　　　　　　　　　　DATED: July , 2008

LAW OFFICES OF ~~CYRUS & CYRUS~~ MUSE & ATHENY

By: _____
Roger Y. Muse
Attorneys for Plaintiff and
Counter- Defendant

Dated: July 14, 2008

THE STEIN LAW FIRM

By: _____
Craig J. Stein
Attorney for Defendant and
Counter claimant

Dated: July 14, 2008

BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC

By: _____
Kenneth R. Bennington
Attorneys for Defendant and
Counter claimant